**FILED**
CLERK, U.S. DISTRICT COURT

10/27/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: ___ram___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>Manuel Esparza,<br><br>    Defendant. | Case No.: 5:22-mj-00678<br><br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __SOUTHERN__ District of __CALIFORNIA__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. ( )    The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

        ( )    information in the Pretrial Services Report and Recommendation

        ( )    information in the violation petition and report(s)

        ( )    the defendant's nonobjection to detention at this time

        ( )    other: _____

1    and/ or

2 B. (×)  The defendant has not met his/her burden of establishing by clear and
3    convincing evidence that he/she is not likely to pose a danger to the safety
4    of any other person or the community if released under 18 U.S.C.
5    § 3142(b) or (c). This finding is based on the following:

6    (×)  information in the Pretrial Services Report and Recommendation
7    (×)  information in the violation petition and report(s)
8    ( )  the defendant's nonobjection to detention at this time
9    (×)  other: <u>Alleged violations of new criminal conduct involving</u>
10      <u>firearms, circumstances of underlying arrest.</u>

11 IT THEREFORE IS ORDERED that the defendant be detained pending the further
12 revocation proceedings.

13

14 Dated: October 27, 2022

             */s/ Kenly Kiya Kato*
15              KENLY KIYA KATO
             UNITED STATES MAGISTRATE JUDGE